

# Fourth Court of Appeals
## San Antonio, Texas

October 15, 2014

No. 04-14-00517-CR

Trisha Marie **ANTHONY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR8748W
, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED. Time is extended to November 5, 2014. **No further extensions will be granted.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court